## Commonwealth *v.* Jackson, Appellant.

Submitted March 16, 1970. *R. Barclay Surrick*, Assistant Public Defender, for appellant; *Ralph B. D'Iorio*, *Vram Nedurian, Jr.*, and *John A. Reilly*, Assistant District Attorneys, *William R. Toal*, First Assistant District Attorney, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.